MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4814
      E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ANN HALE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:25-cv-00184-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 11) |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty-five (35) days from June 5, 2025, up to and including July 10, 2025. This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

    After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 35-day extension due to her very heavy caseload. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Stip for Extension of Time; Order                      1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  June 3, 2025                    MICHELE BECKWITH
                                         Acting United States Attorney

                           By      /s/ *Marla K. Letellier*
                                    MARLA K. LETELLIER
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

Dated:  June 3, 2025                    LAW OFFICES OF FRANCESCO BENAVIDES

                           By      /s/ *Francesco Benavides**
                                    (*as authorized via e-mail on June 3, 2025)
                                    FRANCESCO BENAVIDES
                                    Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 11),

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including July 10, 2025, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **June 4, 2025**                         /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE